[No. 6075-1. Division One. January 29, 1979.]

BENNO PERSITZ, *Appellant,* v. WYNN G. CANNON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 772547, Eugene G. Cushing, J., entered October 24, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Dore, JJ.